

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MCRAE LAW FIRM, PLLC                                                           PLAINTIFF

v.                                                           CASE NO: 3:19-CV-0124 CWR-LGI

BARRY WADE GILMER; GILMER LAW FIRM, A
PROFESSIONAL ASSOCIATION; GILMER LAW
FIRM, PLLC; AND MATTHEW WADE GILMER                         DEFENDANTS

## ORDER RELEASING FUNDS

THE CLERK OF COURT appeared before the Court and stated that he is in receipt of a Writ of Garnishment issued to his office by the Circuit Clerk of Madison County, Mississippi, in Case No. CI2017-0209 on the docket of the Circuit Court of Madison County, Mississippi, indicating that one of the defendants herein, Barry Wade Gilmer ("Gilmer"), is indebted to the Garnishor Michelle Biegel in the amount of $17,196.50 in connection with the Madison County case.

The Clerk has further advised that his office is holding the sum of $2,068.90 in the court registry representing proceeds remaining from the $16,000.00 cash bond ordered to be tendered by Gilmer in this action following this court's text-only order of November 18, 2020, which directed the disbursement of $13,931.10 thereof unto the plaintiff but further directed that the "balance shall be returned to [Gilmer] upon his request." Gilmer has yet to make such a request.

IT IS THEREFORE ORDERED that the Clerk pay the aforesaid sum of $2,068.90 unto Michelle Biegel in response to the Wirt of Garnishment.

SO ORDERED this the 28th day of April 2023.

s/Carlton W. Reeves
UNITED STATES DISTRICT JUDGE